WUKICH, D.

v.

PENN SECURITY BANK

**1212 WDA 2016**

Superior Court of Pennsylvania.

08/08/2017

No. 13CI01193

(Westmoreland)

Affirmed

COM.

v.

BRASWELL, E.

**86 WDA 2017**

Superior Court of Pennsylvania.

08/08/2017

CP–27–CR–0000037–2013

(Forest)

Affirmed

ROY, L.

v.

**ROY, D.**

**1656 WDA 2016**

Superior Court of Pennsylvania.

08/08/2017

807 CD 2016

(Jefferson)

Vacated/Remanded

COM.

v.

**SILVONEK, J.**

**818 EDA 2016**

Superior Court of Pennsylvania.

08/09/2017

CP–39–CR–0002141–2015

(Lehigh)

Affirmed